UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 19 P 3: 31

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR201-00001-002 |
| | ) | |
| Christopher Adam Alston | ) | |

## ORDER DISMISSING THE PETITION ALLEGING VIOLATION OF SUPERVISED RELEASE

On August 6, 2001, the defendant, Christopher Adam Alston, represented by Attorney Thomas G. Smith, appeared before the Court for sentencing for the offense of possession with intent to distribute marihuana. The Court sentenced Alston to twenty-one (21) months imprisonment to be followed by three (3) years of supervised release with the special condition that he complete two hundred fifty (250) hours of community service within the first eighteen (18) months of supervision. On November 9, 2004, the Court gave Alston six (6) additional months to complete the community service.

On July 12, 2005, a summons for the defendant was issued by the Court after a petition was filed by the probation officer to revoke or modify supervised release for failure to complete the community service.

In a memorandum to the Court dated July 19, 2005, the probation officer recommended that the petition to revoke or modify the defendant's supervised release be dismissed since Alston completed the balance of community service on July 18, 2005.

After review of the information provided by the probation officer, the Court orders that the petition for revocation be dismissed.

SO ORDERED this __19__ day of July 2005.

_____
Judge, U.S. District Court

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
PROBATION OFFICE

**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

STATESBORO 30459
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

# **MEMORANDUM**

DATE:   July 19, 2005

TO:     Honorable Anthony A. Alaimo
        Judge, U.S. District Court

FROM:   David M. Paga
        U.S. Probation Officer

RE:     Christopher Adam Alston
        CR201-00001-002
        Brunswick Division
        Represented by: Thomas G. Smith

This officer submitted a petition to Your Honor on July 12, 2005, alleging that Alston had violated the terms and conditions of his supervised release by failing to complete 250 hours of community service within the time allocated by the Court. A summons for Alston was issued by the Court and a revocation hearing has been scheduled for July 29, 2005.

On July 18, 2005, this officer received verification from Blythe Island Regional Park, Brunswick, that Alston completed the remaining hours of community service. Therefore, this officer respectfully recommends that the petition for revocation of Alston's supervised release be dismissed. If the Court concurs with this recommendation, attached is a proposed order dismissing the petition.

DMP/kw

Attachment